TOWN OF NORTH HEMPSTEAD, Appellant, v. GALLAGHER, Respondent. (Supreme Court, Appellate Division, Second Department. June 2, 1896.) Action by the town of North Hempstead against John Gallagher. No opinion. Judgment affirmed, without costs, and without prejudice to the plaintiff's right to bring an action at law for damages. All concur.

ULBRICHT, Respondent-Appellant, v. NEW YORK RECORDER CO., Appellant-Respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Action by Alida S. Ulbricht against the New York Recorder Company. No opinion. Order reversed absolutely so far as it strikes from the bill of costs the item of $40 for depositions of witnesses. Order reversed so far as it confirms the clerk's taxation in respect to objections 22 and 23 set out in Mr. Slayton's affidavit, and clerk directed to retax the mileage at 125 miles. Order reversed so far as it affirms the clerk's taxation in respect to objections 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 24, 25, 26, 27, 28, 29, and 30, and a retaxation of these items ordered to be made by the clerk, who shall allow but 50 cents a day for the attendance of each witness, and the mileage but once for the trial; and he shall not allow the fees for any witness who was not sworn, except upon an additional affidavit showing what the witness was expected to prove or disprove, and why he was not called to the stand. The defendant to have $10 costs, and disbursements of this appeal. All concur, except PRATT, J., not sitting.

In re VALENTINE. (Supreme Court, Appellate Division, Second Department. June 9, 1896.) In the matter of Benjamin E. Valentine. No opinion. Application for order to show cause denied. Respondent may appear before the court on Monday, June 15, 1896, at 10 a. m., and will be heard orally, and may then produce such exhibits as were produced before the referee, and which he has in his possession. The hearing is set peremptorily for that day.

VAN COTT v. MACKEY. (Supreme Court, Appellate Division, Second Department. June 16, 1896.) Action by Joshua M. Van Cott against Donald Mackey, as executor, etc. No opinion. Motion to dismiss appeal denied, without costs.

VANDERHOEF, Respondent, v. ERICKSON et al. (HOFFSCHMIDT, Appellant). (Supreme Court, Appellate Division, Second Department. June 2, 1896.) Action by Fannie L. Vanderhoef against Charles A. Erickson and others. Emily Hoffschmidt appeals. No opinion. Judgment affirmed, with costs. All concur, except CULLEN, J., not sitting.

VAN DYK, Respondent, v. MERRITT. Appellant. (Supreme Court, Appellate Division,

Second Department. June 9, 1896.) Action by James Van Dyk against Charles A. Merritt. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

VAN TASSELL, Appellant, v. ADRIANCE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 9, 1896.) Action by James Van Tassell against Peter Adriance and Eugene Adriance, composing the firm of Peter Adriance & Son. No opinion. So much of order appealed from as denies the application of the plaintiff to limit the examination directed to be had to the physical injuries and condition of the plaintiff reversed, and order granted so limiting the examination of plaintiff. In other respects, order appealed from affirmed, without costs to either party. All concur.

VAN WICKLE et al., Appellants, v. BACON, Respondent. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by Augustus S. Van Wickle and another against Clara R. Bacon. W. P. Knapp, for appellants. A. E. Blackmar, for respondent.

PER CURIAM. This appeal presents the same questions as were considered in the case of Van Wickle v. Barron (decided at the May term of this court) 39 N. Y. Supp. 85, and that decision must control. The considerations presented by the defendant in this case which were not referred to in the case cited are insufficient to require a different result. The order appealed from should be reversed, with $10 costs and disbursements to the appellants, and the motion for leave to amend the complaint granted, upon payment by the plaintiffs of $10 costs of motion, and all the costs of the action after notice of trial.

VOSBURGH, Respondent, v. ARMSTRONG et al., Appellants. (Supreme Court, General Term, Fourth Department. December, 1895.) Action by Frank L. Vosburgh against George A. Armstrong and another. No opinion. Judgment and order affirmed, with costs.